U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**SO ORDERED:**

*[signature]*

HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

The parties shall appear at Room 518 at the Thurgood Marshall United States Courthouse on Monday April 3rd, 2023 at 3:00pm for a change of plea hearing.

**BY E-MAIL**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Lyedell Jenkins & Evans Corley*, 22 Cr. 401 (VSB)

Dear Judge Broderick:

It is the Government's understanding that defendant Evans Corley intends to enter a change of plea in the above-captioned case, and the Government writes to request that a date be set for a change of plea proceeding. Both counsel for the defense and the Government are available April 3, 2023 and April 4, 2023, if either of those dates is convenient for the Court. The Government notes that the Court has already excluded time until April 11, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: *[signature]*
Maggie Lynaugh
Assistant United States Attorney
(212) 637-2448