<div style="text-align:center">

LAW OFFICE OF
**MICHAEL K. BACHRACH**
224 WEST 30TH STREET, SUITE 302
NEW YORK, N.Y. 10001
--------------
TEL. (212) 929-0592 • FAX. (866) 328-1630

</div>

MICHAEL K. BACHRACH *             http://www.mbachlaw.com
\* admitted in N.Y., MN and D.C.            michael@mbachlaw.com

<div style="text-align:center">July 6, 2023</div>

**By ECF**

The Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.**   07/06/2023

>   *Re: United States v. Evans Corley,*
>   *22 Cr. 401 (VSB)*

Dear Judge Broderick:

    I represent Defendant Evans Corley in the above-referenced matter and write to respectfully request a three-day adjournment of the sentencing hearing presently scheduled for Tuesday, July 25, 2023, at 12:00 p.m. to **Friday, July 28, 2023, at 12:00 p.m.** I have emailed with Assistant United States Attorney Margaret Lynaugh as well as with chambers and it is my understanding that all parties are available on that day at that time.

    As adjournment is requested by Mr. Corley to provide defense counsel with sufficient time to complete Mr. Corley's sentencing memorandum in a timely fashion, due to my recent appointment to United States v. Jack Teixeira, 23-cr-10159-IT (D.Mass.), which will require me to tend to several immediate issues in Boston related to the classified discovery to be disclosed pursuant to the Classified Information Procedures Act, 18 U.S.C. Art. III, the uniqueness of which this Court is quite familiar.

    Accordingly, Defendant Evans Corley, by and through counsel, respectfully requests a three-day adjournment of his sentencing hearing from Tuesday, July 25, 2023, at 12:00 p.m. to **Friday, July 28, 2023, at 12:00 p.m.**

    As always, we thank Your Honor for your time and consideration.

<div style="padding-left:50%">

Respectfully submitted,

/s/ Michael K. Bachrach

Michael K. Bachrach
*Attorney for Defendant Evans Corley*

</div>

cc:     All parties of record (by ECF)